No. 10–7890. MAYS v. HOFBAUER ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–7897. SHADDEN v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7902. DICKERSON v. KING COUNTY, WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 10–7905. RIDEAU v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7908. BIN XU v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 10–7917. ELKINS v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 10–7918. DEAN v. STREET ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7919. JACKSON v. FLORIDA ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 10–7920. LARSON v. WILSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–7922. BARKER v. CALIFORNIA BOARD OF PRISON TERMS ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7924. ATKINS v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–7926. BURTON v. FABIAN, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 10–7931. BENGE v. BUSS, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–7932. DARLING, AKA SMITH v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.